Ronald A. **DENNIS**, Plaintiff–
Appellant,

v.

D.M. **VAUGHN**, Warden; L. Thompson,
Institutional Physician; Lieutenant
Stokes, Supervisor; Sergeant Pharrel,
Transportation Officer; Officer Grier,

Transportation Officer; Officer Thorton, Transportation Officer; Stephen Havard, Chief Physician; Fred Schilling, Health Services Director, Defendants–Appellees.

No. 08–7666.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Ronald A. Dennis, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald A. Dennis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dennis v. Vaughn,* No. 1:08–cv–00712–LO–TRJ (E.D. Va. filed July 28 & entered July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*